# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

RACHE DIAZ

VERSUS

MCDONALDS

NO.   2020 CW 1110

**JANUARY 19, 2021**

---

In Re:   Jamjomar, XI, Inc. d/b/a McDonald's #33601, applying for supervisory writs, Office of Workers' Compensation, District 06, No. 19-04885.

---

**BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT DENIED.**

JMM
GH
AHP

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT